# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Cooper Electric Supply Company, Inc. et al v.
Interchange Bank et al
Debtor

Case No.: 05−60002−KCF
Chapter

York International Corporation
Plaintiff

v.

Kullman Industries, Inc.
Defendant

Adv. Proc. No. 06−01026−KCF                    Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on December 13, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 99 − 65, 66, 68, 70, 73
Opinion (related document: [65] Motion For Summary Judgment in favor of Coronation Sheet Metal Co., Inc. and against Defendants. filed by Plaintiff Coronation Sheet Metal Co., Inc., [66] Motion For Summary Judgment in favor of Robert Kullman and against Plaintiffs. filed by Defendant Robert Kullman, [68] Motion For Summary Judgment RE: dismissing all claims in favor of Interchange Bank and against Plaintiffs. filed by Cross−Claimant Interchange Bank, Defendant Interchange Bank, [70] Motion For Summary Judgment. filed by Cross Defendant Kullman Industries, Inc., Defendant Kullman Industries, Inc., [73] Motion For Partial Summary Judgment in favor of Cooper Electric Supply Co., Turtle & Hughes, Inc. and against All Defendants. filed by Plaintiff Cooper Electric Supply Co., Plaintiff Turtle & Huges, Inc.). The following parties were served: Plaintiffs, Plaintiffs' Attorneys, Defendants' Attorneys. Signed on 12/13/2007 (seg, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2007
JJW: seg

James J. Waldron
Clerk